Dorothy A. Bartholomew
WSBA No. 20887
Dorothy Bartholomew, PLLC
5310 12th Street East, Suite C
Fife, Washington 98424
Phone: (253) 922-2016
FAX: (253) 922-2053

THE HONORABLE TIMOTHY W. DORE
Hearing Date: April 23, 2021
Hearing Time: 9:30 a.m.
Location: Telephonic
Response Date: April 21, 2021

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | CHAPTER 7 |
| KIMBERLY JO LINEBARGER, | NO. 11-24753 |
| Debtor. | NOTICE OF HEARING AND MOTION TO AVOID JUDICIAL LIEN OF RIVER RIDGE TOWNHOMES ASSOCIATION |

PLEASE NOTE that the debtor's Motion to Avoid Judicial Lien of River Ridge Townhomes Association IS SET FOR HEARING as follows:

| | | | |
|---|---|---|---|
| JUDGE: | **TIMOTHY W. DORE** | DATE: | **APRIL 23, 2021** |
| LOCATION: | **TELEPHONIC** | TIME: | **9:30 A.M.** |
| | **Dial: 1-888-363-4749** | | |
| | **Enter Access Code: 2762430#** | | |
| | **Press the # sign** | | |
| | **Enter Security Code when prompted: 5334#** | | |
| | **Speak your name when prompted** | | |

IF YOU OPPOSE the Motion, you must file your written response with the Clerk of the Court, serve two copies on the judge's chambers, and deliver copies on the undersigned and the debtor NO LATER THAN THE RESPONSE DATE, which is April 21, 2021.

Dorothy A. Bartholomew
WSBA No. 20887
Dorothy Bartholomew, PLLC
5310 12th Street East, Suite C
Fife, Washington 98424
Phone: (253) 922-2016
FAX: (253) 922-2053

**THE HONORABLE TIMOTHY W. DORE**
Hearing Date: April 23, 2021
Hearing Time: 9:30 a.m.
Location: Telephonic
Response Date: April 21, 2021

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

## MOTION

COMES NOW THE DEBTOR, by and through her attorney of record, Dorothy A. Bartholomew, and moves this Court for an Order Avoiding the Judicial Lien of Ridge Ridge Townhomes Association, pursuant to 11 U.S.C. § 522(f). In Support of this motion, the undersigned attorney pleads as follows:

1. The debtor petitioned for relief under Chapter 7 of the Bankruptcy Code on December 23, 2011.

2. Ridge Ridge Townhomes Association is a creditor in the case.

3. At the time of filing, Ridge Ridge Townhomes Association had obtained a judgment, which attached as a lien on the debtor's residence.

4. The debtor may avoid a judicial lien on her residence to the extent that the lien impairs her homestead exemption. See 11 U.S.C. § 522(f)(1)(A); *In re Hanger*, 217 B.R. 592 (9th Cir. 1997).

5. A lien impairs the homestead exemption to the extent that of the sum of the lien, all other liens on the property, and the amount of the homestead exemption, exceed the value that the debtor's interest in the property would have in the

Dorothy A. Bartholomew
WSBA No. 20887
Dorothy Bartholomew, PLLC
5310 12th Street East, Suite C
Fife, Washington 98424
Phone: (253) 922-2016
FAX: (253) 922-2053

**THE HONORABLE TIMOTHY W. DORE**
Hearing Date: April 23, 2021
Hearing Time: 9:30 a.m.
Location: Telephonic
Response Date: April 21, 2021

absence of any liens. *See* 11 U.S.C. § 522(f)(1)(A); *Hanger*, 217 B.R. 592.

6. The lien of Ridge Ridge Townhomes Association impairs the debtor's homestead exemption to its full extent

    A. At the time of filing, the debtor owned a residence, located at 31900 104th Avenue SE, #B-103, Auburn, WA 98092. The debtor listed the value of the residence on Schedule A at $80,000.00. <u>Exhibit A, Schedule A.</u>

    B. At the time of filing, the home was encumbered by Chase Home Finance, first position deed of trust in the amount of $146,762.12 and Emerald Pointe HOA dues in the amount of $290.63. The total value of all encumbrances is $$147,052.75. <u>Exhibit B, Schedule D.</u>

    C. Pursuant to 11 U.S.C. § 522 (d) (1), was allowed to exempt up to $21,625.00 equity in the real property.

    D. The total of all encumbrances ($147,052.75) and Ridge Ridge Townhomes Association's lien ($7,995.86) and the exemption allowed ($21,625.00) is $176,673.61. <u>Exhibit C, Schedule C, page 1 and Records of King County. (See also Schedules A and D).</u>

    E. The value of the property at the time of filing was $80,000.00; therefore the sum of all liens and the homestead exemption exceed the value that the debtor's interest would have in the property, in the absence of the liens, by $96,673.61.

    F. The lien impairs the exemption to its full extent.

Dorothy A. Bartholomew
WSBA No. 20887
Dorothy Bartholomew, PLLC
5310 12th Street East, Suite C
Fife, Washington 98424
Phone: (253) 922-2016
FAX: (253) 922-2053

**THE HONORABLE TIMOTHY W. DORE**
Hearing Date: April 23, 2021
Hearing Time: 9:30 a.m.
Location: Telephonic
Response Date: April 21, 2021

WHEREAS the lien created by Ridge Ridge Townhomes Association's judgment impairs the debtor's homestead exemption to its full extent, the debtor prays for an Order Avoiding Judicial Lien of Ridge Ridge Townhomes Association as described herein above pursuant to 11 USC § 522(f). The debtor further requests that the Court issue an Order that Ridge Ridge Townhomes Association's claim is unsecured.

DATED: April 6, 2021            */s/Dorothy A. Bartholomew*
                                Dorothy A. Bartholomew
                                WSBA No. 20887
                                Attorney for Kimberly Jo Linebarger

### DECLARATION OF DEBTOR

I, Kimberly Jo Linebarger, swear under penalty of perjury that I am over 18 years of age, am competent to testify in the above matter, have personal knowledge of the above facts, and that the above facts are true and accurate to the best of my knowledge.

DATED: April 6, 2021            Signed: */s/ Kimberly Jo Linebarger*
                                        Kimberly Jo Linebarger