# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| In Re: | Case No. 11-24753 |
|---|---|
| KIMBERLY JO LINEBARGER,<br><br>Debtor. | ORDER AVOIDING JUDICIAL LIEN OF RIVER RIDGE TOWNHOMES ASSOCIATION |

THIS MATTER came on regularly for hearing before the above signed on the debtor's Motion for an Order Avoiding Judicial Lien. The Court has reviewed the file and record herein. Considering itself fully advised of the premises, the Court finds that the judicial lien of River Ridge Townhomes Association impairs the homestead exemption to the full extent of its claim. It is now, therefore

Dorothy A. Bartholomew
WSBA No. 20887
DOROTHY BARTHOLOMEW, PLLC
5310 12th Street East, Suite C
Fife, WA 98424
Phone: (253) 922-2016
Fax: (253) 922-2053

ORDERED that River Ridge Townhomes Association's judicial lien on real property located at 31900 104th Avenue SE, #B-103, Auburn, WA 98092 and legally described below as

*UNIT 103, BUILDING B, EMERALD POINTE, PHASE II, A CONDOMINIUM, ACCORDING TO THE DECLARATION RECORDED UNDER RECORDING NUMBER 9706110328, AND ANY AMENDMENTS THEREOF, AND SURVEY MAP AND PLANS IN VOLUME 140 OF CONDOMINIUM PLATS, PAGES 26 THROUGH 30, INCLUSIVE, AND AMENDED IN VOLUME 141 OF CONDOMINIUM PLATS, ON PAGE 16 THROUGH 21, INCLUSIVE, RECORDS OF KING COUNTY, WASHINGTON*

is avoided pursuant to 11 USC § 522 (f). It is further

ORDERED that River Ridge Townhomes Association's claim is unsecured. It is further

ORDERED that if the debtor's case is dismissed, Defendant's lien shall be reinstated.

///End Of Order///

Presented By:

*/s/ Dorothy A. Bartholomew*
Dorothy A. Bartholomew
WSBA No. 20887
Attorney for Kimberly Jo Linebarger

Dorothy A. Bartholomew
WSBA No. 20887
DOROTHY BARTHOLOMEW, PLLC
5310 12th Street East, Suite C
Fife, WA 98424
Phone: (253) 922-2016
Fax: (253) 922-2053