B6C (Official Form 6C) (4/10)

# EXHIBIT C - 1

In re **Kimberly Jo Linebarger**, Case No. **11-24753**
Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☒ 11 U.S.C. §522(b)(2)
- ☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Residence Located At: 31900 104th Ave SE Unit B-103 Auburn, WA 98002 FMV of $80,000.00 is Based on Comparable Sales in the Complex | 11 U.S.C. § 522(d)(1) | 5,947.25 | 80,000.00 |
| **Cash on Hand** | | | |
| Cash | 11 U.S.C. § 522(d)(5) | 5.00 | 5.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| BECU Savings #6711 | 11 U.S.C. § 522(d)(5) | 0.00 | 12.40 |
| **Household Goods and Furnishings** | | | |
| Household Goods | 11 U.S.C. § 522(d)(3) | 630.00 | 630.00 |
| Television | 11 U.S.C. § 522(d)(3) | 300.00 | 300.00 |
| Television | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| 2 DVD Players | 11 U.S.C. § 522(d)(3) | 30.00 | 30.00 |
| 2 Alarm Clocks | 11 U.S.C. § 522(d)(3) | 20.00 | 20.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Framed Prints | 11 U.S.C. § 522(d)(3) | 50.00 | 50.00 |
| 20 Books | 11 U.S.C. § 522(d)(3) | 40.00 | 40.00 |
| **Wearing Apparel** | | | |
| Clothing | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Treadmill | 11 U.S.C. § 522(d)(3) | 50.00 | 50.00 |
| 10 Speed Bike | 11 U.S.C. § 522(d)(3) | 20.00 | 20.00 |
| 20 Movies | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| **Interests in Insurance Policies** | | | |
| Lutheran Brotherhood Term Life Insurance | 11 U.S.C. § 522(d)(7) | 0.00 | Unknown |

__**1**__ continuation sheets attached to Schedule of Property Claimed as Exempt



EXHIBIT C - 3

Help - Name Search

My List

# Results

Hide Results | Clear Results | Print | Export

Returned 6 records of Show Count

Your Name Search for Name "Linebarger, Kimberly", Document Types "", Begin Date "1/1/1976", and End Date "4/6/2021" returned the following results:

Displaying 50 records per page

First Previous 1 Next

| # | Search Name | Grantor | Grantee | Record Date | Doc Type | Book | Page | Rec. # | DocLinks | Legal |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LINEBARGER, KIMBERLY J | LINEBARGER KIMBERLY J | CTX MORTGAGE COMPANY LLC | 06/16/2006 | DEED OF TRUST | | 0000 | 20060616001333 | 20100625000748, 20100707001984, 20100625000747 | RIVER RIDGE TOWNHOMES 733070-0140 PARCELID: 7330700140 SUB: RIV |
| 2 | LINEBARGER, KIMBERLY J | LINEBARGER KIMBERLY J | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | 06/16/2006 | DEED OF TRUST | | 0000 | 20060616001334 | | RIVER RIDGE TOWNHOMES 733070-0140 PARCELID: 7330700140 SUB: RIV |
| 3 | LINEBARGER, KIMBERLY J | LINEBARGER KIMBERLY J | JPMORGAN CHASE BANK NA | 06/25/2010 | ASSIGNMENT DEED OF TRUST/MORTGAGE | | 0000 | 20100625000747 | | |
| 4 | LINEBARGER, KIMBERLY J | LINEBARGER KIMBERLY J | NORTHWEST TRUSTEE SERVICES INC | 06/25/2010 | APPOINTMENT OF SUCCESSOR TRUST | | 0000 | 20100625000748 | | |
| 5 | LINEBARGER, KIMBERLY J | NORTHWEST TRUSTEE SERVICES | LINEBARGER KIMBERLY J<br>LINEBARGER KIM J | 07/07/2010 | NOTICE OF TRUSTEE SALE | | 0000 | 20100707001984 | | RIVER RIDGE TOWNHOMES 733070-0140 PARCELID: 7330700140 SUB: RIV |
| 6 | LINEBARGER, KIMBERLY J | LINEBARGER KIMBERLY J | RIVER RIDGE TOWNHOMES ASSOCIATION | 08/04/2011 | JUDGMENT | | 0000 | 20110804000424 | | SEE INSTRUMENT |

First Previous 1 Next

