# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| In re: | CHAPTER 7 |
|---|---|
| KIMBERLY JO LINEBARGER, | NO. 11-24753 |
| Debtor. | ORDER SHORTENING TIME TO HEAR MOTION FOR AN ORDER REOPENING CLOSED CASE AND MOTION FOR AN ORDER AVOIDING JUDICIAL LIEN OF RIVER RIDGE TOWNHOMES ASSOCIATION |

THIS MATTER having come on regularly before the above-signed on the debtor's Motion to Shorten Time to Hear Motion for an Order Reopening Closed Case and Motion for an Order Avoiding Judicial Lien of River Ridge Townhomes Association, and the Court having reviewed the file and record herein and considering itself fully advised of the premises; it is now therefore

//

//

Motion to Shorten Time
S:\Bankruptcy\Clients filing\L\LI\Linebarger, Kim\Post 341\Motions\Shorten Time\Motion to Shorten Time.wpd

ORDERED that the Court will hear the debtor's Motion for an Order Reopening Closed Case, on April 23, 2021, at 9:30 A.M., with a response date of April 21, 2021. It is further

ORDERED that the Court will hear the debtor's Motion for an Order Avoiding Judicial Lien of River Ridge Townhomes Association on April 23, 2021, at 9:30 a.m., with a response date of April 21, 2021. It is further

ORDERED that the deadline to serve both Motions is 24 hours after entry of this order.

///End of Order///

Presented by:

/s/Dorothy A. Bartholomew
Dorothy A. Bartholomew
WSBA No. 20887
Attorney for Kimberly Jo Linebarger

Motion to Shorten Time
S:\Bankruptcy\Clients filing\L\LI\Linebarger, Kim\Post 341\Motions\Shorten Time\Motion to Shorten Time.wpd