J. David Huhs
WSBA No. 37990
Laurel Law Group, PLLC
5806 119th Ave. SE, Ste. A #288
Bellevue, Washington 98006
(206) 745-2044

The Honorable Timothy W. Dore
Chapter 7
Hearing Date: April 23, 2021
Hearing Time: 9:30 a.m.
Location: Telephonic
Response Date: April 21, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | **CASE NO.: 11-24753-TWD** |
| KIMBERLY JO LINEBARGER, | **CHAPTER 7** |
| Debtor. | **MOTION FOR AN ORDER SHORTENING TIME TO HEAR CREDITOR'S MOTION FOR RELIEF FROM ORDER GRANTING DEBTOR'S MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR AN ORDER REOPENING CLOSED CASE AND MOTION FOR AN ORDER AVOIDING JUDICAL LIEN OF RIVER RIDGE TOWNHOMES ASSOCIATION** |

COMES NOW creditor River Ridge Townhomes Association ("River Ridge" or "creditor"), through counsel, and moves the Court for an Order Shortening Time to Hear the creditor's Motion for Relief From Order Granting Debtor's Motion for Order Shortening Time to Hear Motion for an Order Reopening Closed Case and Motion for an Order Avoiding Judicial Lien of River Ridge Townhomes Association. An expedited hearing is necessary to coincide with the hearing the debtor has noted for April 23, 2021, at 9:30 a.m. for Motion for an Order Reopening Closed Case and Motion for an Order Avoiding Judicial Lien of River Ridge Townhomes Association. The response

Motion for Order Shortening Time
Page - 1

date for the Motion to Vacate the Court's Ex Parte Order Granting Motion for Order Shortening Time will be April 21, 2021.

The creditor will serve this Motion, Notice of Hearing, the Motion for Relief from Order Granting Debtor's Motion for Ordre Shortening Time to Hear Motion for an Order Reopening Closed Case and Motion for an Order Avoiding Judicial Lien of River Ridge Townhomes Association, Declaration of J. David Huhs, and the Proposed Order Granting Motion for Relief From Order Granting Debtor's Motion for Order Shortening Time, to all interested parties on the date and manner cited in the attached Certificate of Service.

**LAUREL LAW GROUP, PLLC**

By: /s/ J. David Huhs
 J. David Huhs, WSBA #37990
 Attorney for Creditor / River Ridge Townhomes Association

Motion for Order Shortening Time
Page - 2

Case 11-24753-TWD    Doc 36    Filed 04/08/21    Ent. 04/08/21 14:32:16    Pg. 2 of 3

# CERTIFICATE OF SERVICE

On April 8, 2021, I served the foregoing Motion for Order Shortening Time on the following individuals by electronic means through the Court's ECF program:

TRUSTEE
Michael B. McCarty
michael@mccartytrustee.com

DEBTOR'S COUNSEL
Dorothy A. Bartholomew
assistant@findbankruptcy.com

UNITED STATES TRUSTEE
USTPRegion18.SE.ECF@usdoj.gov

On April 8, 2021, I served the foregoing Motion to Vacate Ex Parte Order Granting Debtor's Motion for Order Denying Shortening Time to Hear Motion for an Order Reopening Closed Case and Motion for an Order Avoiding Judicial Lien of River Ridge Townhomes Association on the following individuals by depositing true and correct copies thereof in the United States mail, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR

Kimberly Jo Linebarger
21241 103rd Ct SE
Kent, WA 98031

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this ___8th_____ day of __April_2021__.

      /s/ Ashley Grover
      Ashley Grover, paralegal
      Laurel Law Group, PLLC

Certificate of Mailing
Page - 3

Laurel Law Group, PLLC
5806 119th Ave SE, Suite A #288
Bellevue, Washington 98006
(206) 745-2044

Case 11-24753-TWD    Doc 36    Filed 04/08/21    Ent. 04/08/21 14:32:16    Pg. 3 of 3