J. David Huhs
WSBA No. 37990
Laurel Law Group, PLLC
5806 119th Ave. SE, Ste. A #288
Bellevue, Washington 98006
(206) 745-2044

The Honorable Timothy W. Dore
Chapter 7
Hearing Date: April 23, 2021
Hearing Time: 9:30 a.m.
Location: Telephonic
Response Date: April 21, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

KIMBERLY JO LINEBARGER,

Debtor.

**CASE NO.: 11-24753-TWD**

**CHAPTER 7**

**NOTICE OF HEARING**

PLEASE NOTE that creditor River Ridge Townhomes Association's Motion for Relief from Ex Parte Order Granting Debtor's Motion for Order Denying Shortening Time to Hear Motion for an Order Reopening Closed Case and Motion for an Order Avoiding Judicial Lien of River Ridge Townhomes Association, is SET FOR HEARING as follows:

JUDGE: TIMOTHY W. DORE          DATE: APRIL 23, 2021

PLACE: TELEPHONIC               TIME: 9:30 A.M.
Dial: 1-888-363-4749
Enter Access Code:
2762430#
Press the # sign
Enter Security Code
when prompted: 5334#
Speak your name when prompted

Notice of Hearing
Page - 1

If you oppose the Motion, you must file your written response with the Court Clerk, serve two copies on the Judge's Chambers, and deliver copies to the undersigned and to the debtor no later than the response date, which is April 21, 2021.

**LAUREL LAW GROUP, PLLC**

*/s/ J. David Huhs*_____
 J. David Huhs, WSBA #37990
Attorney for Creditor / River Ridge Townhomes Association

Notice of Hearing
Page - 2

CERTIFICATE OF SERVICE

On April 8, 2021, I served the foregoing Notice of Hearing on the following individuals by electronic means through the Court's ECF program:

TRUSTEE
Michael B. McCarty
michael@mccartytrustee.com

DEBTOR'S COUNSEL
Dorothy A. Bartholomew
assistant@findbankruptcy.com

UNITED STATES TRUSTEE
USTPRegion18.SE.ECF@usdoj.gov

On April 8, 2021, I served the foregoing Notice of Hearing on the following individuals by depositing true and correct copies thereof in the United States mail, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR

Kimberly Jo Linebarger
21241 103rd Ct SE
Kent, WA 98031

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this ___8th_____ day of __April_2021__.

/s/ Ashley Grover
Ashley Grover, paralegal
Laurel Law Group, PLLC

Certificate of Mailing
Page - 2

Laurel Law Group, PLLC
5806 119th Ave SE, Suite A #288
Bellevue, Washington 98006
(206) 745-2044

Case 11-24753-TWD    Doc 36-1    Filed 04/08/21    Ent. 04/08/21 14:32:16    Pg. 3 of 3