J. David Huhs
WSBA No. 37990
Laurel Law Group, PLLC
5806 119th Ave. SE, Ste. A #288
Bellevue, Washington 98006
(206) 745-2044

The Honorable Timothy W. Dore
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | **CASE NO.: 11-24753-TWD** |
| KIMBERLY JO LINEBARGER, | **CHAPTER 7** |
| Debtor. | **ORDER GRANTING CREDITOR'S MOTION FOR RELIEF FROM ORDER SHORTENING TIME, ENTERED EX PARTE, ON APRIL 6, 2021** |

THIS MATTER having come before the Court on the Creditor's Motion for Order Shortening Time to Hear Creditor's Motion for Relief from Order Entered Ex Parte, on April 6, 2021, Granting Debtor's Motion Shortening Time to Hear Debtor's Motion for Order Reopening Closed Case and Motion for an Order Avoiding Judicial Lien of River Ridge Townhomes Association, and the Court having reviewed the files and records herein and considering itself fully advised in the premises; it is now therefore:

ORDERED that Creditor's Motion to Shorten Time to Hear Creditor's Motion for Relief from this Court's Ex Parte Order entered on April 6, 2021, is GRANTED.

END OF ORDER

ORDER GRANTING CREDITOR'S MOTION FOR
RELIEF FROM EX PARTE ORDER SHORTENING
TIME
Page - 1

Presented by:

**LAUREL LAW GROUP, PLLC**

*/s/ J. David Huhs*
J. David Huhs, WSBA #37990
Attorney for Creditor / River Ridge Townhomes Association