The Honorable Timothy W. Dore
Chapter 7

J. David Huhs
WSBA No. 37990
Laurel Law Group, PLLC
5806 119th Ave. SE, Ste. A #288
Bellevue, Washington 98006
(206) 745-2044

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>KIMBERLY JO LINEBARGER,<br><br>Debtor. | **CASE NO.: 11-24753-TWD**<br><br>**CHAPTER 7**<br><br>**ORDER DENYING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN OF RIVER RIDGE TOWNHOMES ASSOCIATION**<br><br>**[PROPOSED]** |

Pending before the Court is Debtor's Motion to Avoid Judicial Lien of River Ridge Townhomes Association. In connection with this Motion, the Court has reviewed the following:

1. Debtor's Motion for Order Shortening Time to Hear Debtor's Motion for an Order Reopening Closed Case and Motion for an Order Avoiding Judicial Lien of River Ridge Townhomes Association;

2. River Ridge Townhomes Owners' Association's Motion for Relief from Order Granting Debtor's Motion for Order Shortening Time;

3. The Declaration of J. David Huhs in Support of the Association's Motion for Relief from Order Granting Debtor's Motion for Order Shortening Time;

4. Debtor's Application for Order Reopening Closed Case;

5. River Ridge Townhomes Owners' Association's Opposition to Debtor's Application to Reopen Close;

6. Debtor's Motion to Avoid Judicial Lien of River Ridge Townhomes Association;

7. Creditor's Opposition to Debtor's Motion to Avoid Judicial Lien of River Ridge Townhomes Association;

8. The Supplemental Declaration of J. David Huhs filed in support of Creditor, River Ridge Townhomes Owner's Association's opposition to Debtor's Motion to Avoid Judicial Lien and Debtor's Motion to Reopen Closed Case;

9. _____

10. _____;

and

11. The pleadings, records, and files herein

Being full advised in the Premises, the Court hereby ORDERS that Debtor's Motion to Avoid Judicial Lien of River Ridge Townhomes Association is denied.

END OF ORDER

///

Presented by:

**LAUREL LAW GROUP, PLLC**

/s/ J. David Huhs_____
 J. David Huhs, WSBA #37990
Attorney for Creditor / River Ridge Townhomes Association

ORDER DENYING DEBTOR'S MOTION TO
AVOID JUDICIAL LIEN
Page - 2